# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **BENJAMIN FLEENER, individually and on behalf of all others similarly situated,** § § § | |
| Plaintiff, § | **Civil Action No. 1:12-CV-563-SS** |
| v. § § | |
| **MARTIN HANAKA, ROBERT E. ALLEN, THOMAS BERGLUND, ROBERTO BUARON, THOMAS G. HARDY, GLENDA FLANAGAN, JAMES GROVER, MARVIN E. LESSER, JAMES LONG, EMILIO S. PEDRONI, ATLANTIC EQUITY PARTNERS III, L.P., GOLFSMITH INTERNATIONAL HOLDINGS, INC., GOLF TOWN USA HOLDINGS, INC. and MAJOR MERGER SUB, INC.,** § § § § § § § § § § § | **Jury Trial Demanded** |
| Defendants. § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Benjamin Fleener files this agreed stipulation of dismissal with prejudice of all claims and causes of action asserted in this lawsuit, with all parties to bear their own costs and fees.  By the signatures of their counsel below, all defendants who have appeared have noted their agreement to this stipulation of dismissal.  No defendants have filed an answer in this action.  Pursuant to Rule 41(a)(1)(ii), no order from this Court is necessary to effect this voluntary dismissal.

Agreed and stipulated by:

/s/ *Daniel W. Jackson*
Daniel W. Jackson, SBN 00796817
Emmons & Jackson, P.C.
3900 Essex Lane, Suite 1116
Houston, Texas 77027
(713) 522-4435
(713) 527-8850 - fax
daniel@emmonsjackson.com

*Attorney-in-charge for Plaintiff*

/s/ *T. Ray Guy*
T. Ray Guy, SBN 08648500
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
(214) 746-7700
(214) 746-7777 – fax
ray.guy@weil.com

*Attorney for Golf Town USA Holdings, Inc. and Major Merger Sub, Inc.*

/s/ *Mary L. O'Connor*
Mary L. O'Connor, SBN 15186900
Patrick G. O'Brien, SBN 24046541
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Ave., Suite 4100
Dallas, TX 75201
(214) 969-2800
(214) 969-4343 – fax
moconnor@akingump.com
pobrien@akingump.com

Andrew W. Hammond (*pro hac vice* admission)
White & Case, LLP
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200
(212) 354-8113 - fax
ahammond@whitecase.com

*Attorneys for Defendants Golfsmith International Holdings, Inc., Martin E. Hanaka, Robert E. Allen, Thomas Berglund, Roberto Buaron, Glenda Flanagan, James Grover, Thomas G. Hardy, Marvin E. Lesser, James Long, and Emilio S. Pedroni*