IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 JUN -4  AM 9:18
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| BENJAMIN FLEENER, individually and on behalf of all others similarly situated,<br>   Plaintiff, | |
| -vs- | Case No. A-12-CA-563-SS |
| MARTIN HANAKA; ROBERT E. ALLEN; THOMAS BERGLUND; ROBERTO BUARON; THOMAS G. HARDY; GLENDA FLANAGAN; JAMES GROVER; MARVIN E. LESSER; JAMES LONG; EMILIO S. PEDRONI; ATLANTIC EQUITY PARTNERS III, L.P.; GOLFSMITH INTERNATIONAL HOLDINGS, INC.; GOLF TOWN USA HOLDINGS INC; and MAJOR MERGER SUB, INC.,<br>   Defendants. | |

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Agreed Stipulation of Dismissal [#12] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Agreed Stipulation of Dismissal [#12] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 31st day of May 2013.

_____
UNITED STATES DISTRICT JUDGE